**FILED**

APR 22 2026

**U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

UNITED STATES OF AMERICA, )
)
Plaintiff, )
)
v. )       **4:26CR00180-JMD/JSD**
)
)
)
JHON FREDY BLANCO RODRIGUEZ, )
)
Defendant. )

## INDICTMENT

The Grand Jury charges that:

## COUNT 1

On or about April 8, 2026, within the Eastern District of Missouri,

**JHON FREDY BLANCO RODRIGUEZ,**

the defendant herein, knowingly and feloniously assaulted, resisted, opposed, impeded, intimidated, and interfered with United States Immigration and Customs Enforcement Deportation Officer T.M., while T.M. was engaged in the performance of his official duties, and did make physical contact with T.M. by kicking him in the chest and arms.

In violation of Title 18, United States Code, Sections 111(a)(1).

## COUNT 2

On or about April 8, 2026, within the Eastern District of Missouri,

**JHON FREDY BLANCO RODRIGUEZ,**

the defendant herein, willfully injured and committed depredation against the property of the United States, or any department or agency thereof, and the damage to such property exceeds the sum of $1,000, to wit, the defendant kicked the right back rear window of a vehicle owned by the

United States Immigration and Customs Enforcement causing the window and door to buckle and bend outward.

In violation of Title 18, United States Code, Section 1361.

A TRUE BILL

_____
FOREPERSON

THOMAS C. ALBUS
United States Attorney


_____
KYLE T. BATEMAN, #996646DC
Assistant United States Attorney